IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
MAR 21 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) CRIMINAL NO. 18-30046-DRH
)
DARWIN MONTANA, ) Title 18, United States Code,
) Sections 1791(a)(2) and 1791(b)(3).
Defendant. )

## INDICTMENT

**THE GRAND JURY CHARGES:**

POSSESSION OF CONTRABAND BY A FEDERAL INMATE

On or about January 4, 2018, in Bond County, Illinois, within the Southern District of Illinois,

**DARWIN MONTANA,**

defendant herein, an inmate of the federal correctional facility at Greenville, Illinois, commonly known as FCI-Greenville, did knowingly possess a prohibited object, to wit: a weapon or an object designed or intended to be used as a weapon; all in violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(3).

A TRUE BILL

FOREPERSON

*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney

DONALD S. BOYCE
United States Attorney

Recommend Bond: Detention