IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO.  18-30046-DRH |
| vs. | ) | |
| | ) | |
| DARWIN MONTANA, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

The parties hereby stipulate that, if this case had proceeded to trial, the Government would have proven the following beyond a reasonable doubt:

1.      On January 4, 2018, Defendant Darwin Montana was an inmate at the Federal Correctional Institution at Greenville, Illinois, in Bond County, within the Southern District of Illinois.

2.      On the above date, correctional officers were conducting a search of Montana's shoes when they noted that his right shoe had a removable insole.   After the insole was removed, correctional officers discovered a pieces of metal that was approximately eight (8) inches long and sharpened to a point at one end inside the shoe.

3.      An approximately eight (8) inch long metal object, sharpened to a point at one end, is an object designed or intended to be used as a weapon.   It is a prohibited object for inmates to possess.

1

4.      This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the defendant's guilty plea and is not necessarily an exhaustive account of the defendant's criminal activity.

<u>**SO STIPULATED:**</u>

DARWIN MONTANA
Defendant

ANGELA SCOTT
Assistant United States Attorney

ETHAN SKAGGS
Attorney for Defendant

Date: 5|18|18

Date: 6|8|18